**RECEIVED**

1/5/2024

Clerk, U.S. Courts
District of Montana
Billings Division

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

AMERICAN PRESIDENT
U.S. NAVY SEAL 5☆ GENERAL COMMANDER JUDGE, AMERICAN PRESIDENT
VOTED IN NOVEMBER 15 1995 TRIBUNAL
FOR CEIFE BY THE GENEVA CONVENTION
ALVIN J. DUNCAN

Case No. _____

*(to be filled in by the Clerk's Office)*

*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

U.S. PRESIDENT ROBINETTE BIDEN
MOTANA STATE OFFICEALS
SHARIFF MIKE LINDER
STATE PROSECUTOR SCOTT TWITO

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Jury Trial: *(check one)* ☐ Yes ☐ No

TO BE TRIED BY PANELS
OF 5 THROUGH TRIBUNAL
SET TO ARTICLE 5 OF
HUMAN RIGHTS AS PER
OPERATION SET NOV. 15, 1995
BY GENEVA CONVENTION (SUPREME
SUPREME COURT JUSTICES)
UNITED NATIONS, AND U.S.
MILITARY, NATO
SANCTIONED

## COMPLAINT FOR A CIVIL CASE

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name 5☆ GENERAL COMMANDER ALVIN J. DUNCAN

Street Address 46TH ST AND 1ST AVE    9026 KAUTZMAN RD. BOX 1

City and County NEW YORK    BILLINGS MT

State and Zip Code NEW YORK, 10017    MT. 59101

Telephone Number (212) 963-8687    (406) 671-8347

E-mail Address

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name — U.S. PRESIDENT ROBINETTE BIDEN

Job or Title *(if known)* — U.S. PRESIDENT

Street Address — 1600 PENNSYLVANIA AVE. NW

City and County — WASHINGTON, ROBERTSON

State and Zip Code — DC, 20500

Telephone Number — (202) 456-1414

E-mail Address *(if known)*

Defendant No. 2

Name — MONTANA STATE PROSICUTOR SCOTT TWITO

Job or Title *(if known)* — STATE PROSICUTOR FOR MONTANA

Street Address — 217 NORTH 27TH ST Room 201

City and County — BILLINGS, YELLOWSTONE

State and Zip Code — Mt., 59101

Telephone Number — 406-256-2701

E-mail Address *(if known)*

Defendant No. 3

Name — SHARIFF MIKE LINDER

Job or Title *(if known)* — STATE OF MONTANA SHARIFF

Street Address — 2323 SECOND AVE. NORTH

City and County — BILLINGS, YELLOWSTONE

State and Zip Code — Mt. 59101

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

① BASIS FOR JURISDICTION - CONTINUED

- FRAUD 9-42.000 INTERNATIONAL
  DECEPTION, " I, ALVIN J. DUNCAN
  AM "THE SUPREME LAW OF THE LAND VOTED
  ‡ BY THE U.S. MILITARY AND SET BY THE
  GENEVA CONVENTION NOVEMBER 15,
  1995 - ARTICLE VI SUPREME LAW
  CLAUSE 2 SUPREMACY CLAUSE, 38 CFR §
  11.441,

- 38 CFR 2.34 AND 25 CFR § 11.441
- 18 U.S. CODE § 2388
- 18 U.S.C. CH. 73
- 18 US CODE § 1113
- LEVYING WAR AS TREASON ARTICLE -
  LEVYING
- 111, 53, C1, 2,
- SEE WARRENT FOR MARTIAL LAC

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

*MILITARY FEDERAL JUDGE ON SCOPS UNDER ARTICLE 5 OF HUMAN*

Fill out the paragraphs in this section that apply to this case. *RIGHTS*
*U.S. CONSTITUTION/SECTION 6: TO DEFREED IN PERSPECTIVE HOUSES*

### A. If the Basis for Jurisdiction Is a Federal Question
*EXCEPT IN CASE'S OF TREASON, FELONY, IMPEACHMENT*

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *HIGH TREASON 18 U.S. CODE § 2381, TREASON, MUTINY OR SEDITION 10 U.S. CODE § 894 KIDNAPPING 18 U.S. CODE § 1751, HOSTAGE TAKING DECLARATION OF INDEPENDANCE. HUMAN RIGHTS ARTICLE 5 TO WHICH OPERATIONS ARE SET. 18 USC § 1203, 18 USC § 371 FRAUD 9-42,000 INTERFERRED*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

      and has its principal place of business in the State of *(name)* _____

      *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

       b.     If the defendant is a corporation

           The defendant, *(name)* _____, is incorporated under

           the laws of the State of *(name)* _____, and has its

           principal place of business in the State of *(name)* _____.

           Or is incorporated under the laws of *(foreign nation)* _____,

           and has its principal place of business in *(name)* _____.

         *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

         The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *1 - 4 - 2024*

Signature of Plaintiff *Alvin J. Duncan*

Printed Name of Plaintiff *ALVIN J. DUNCAN*

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

THE AMERICAN 5⭐ GENERAL COMMANDER JUDGE
WITH THE UNITED NATIONS                    CASE NO.

UNITED NATIONS              U.N. # 21-01441
  PLAINTIFF
       VS.
U.S. PRESIDENT              MARTIAL
ROBINETTE BIDEN AND         LAW
THE STATE OF MONTANA'S
MIKE LINDER AND STATE       DATE: 12-30-2023
PROSICUTOR SCOTT TWITO

---

I, ALVIN J. DUNCAN, AMERICAN PRESIDENT U.S.
NAVY SEAL 5⭐ GENERAL, COMMANDER OF THE UNITED
STATES MILITARY, AMERICAN DIPLOMAT, AMERICAN
WHO SANCTIONS ALL AMERICAN WARFAIR WITH NATO
AS THE AMERICAN, AS WELL AS YOUR AMERICAN
SCIENTIST, A DOCTOR AND TECHNOLOGIST WITH NATO,
NATO SANCTIONED, THE MILITARY SCIENTIST, YOUR
HEAD OF STATE IN CHARGE OF NUCLEAR WARFAIR
(THE "NUCLEAR WAR HEAD") WITH THE PENTAGON AND
YOUR U.S. NAVY SEAL 5⭐ GENERAL COMMANDER
JUDGE WITH THE UNITED NATIONS HEREBY
DECLAIR "MARTIAL LAW" ON THE PRESIDENT, U.S.
PRESIDENT ROBINETTE BIDEN, AND THE STATE OF MONTANA'S
MIKE LINDER (SHARIFF) AND SCOTT TWITO. (STATE PROSI-
CUTOR) MARTIAL LAW = MILITARY GOVERNMENT, INVOLVING

SUSPENSION OF ORDINARY LAW, ON THE GROUNDS OF:

- <u>MUTINY OR SEDITION : 10 U.S. CODE 894</u>
  <u>ARTICLE 94</u> - AN ATTEMPT TO OVERTHROW
  AND OVERRIDE MILITARY AUTHORITY. U.S.
  PRESIDENT BIDEN MADE AN ADRESS TO THE
  PUBLIC AND STATED, "I AM ENTERING A BILL
  TO TAKE THE POWER FROM THE MILITARY"
  THE MILITARY IS TIED TO THE DECLARATION
  OF INDEPENDANCE THROUGH THE U.S. NAVY
  SEALS TO ME, 5☆ GENERA US WAUY SEAL
  COMMANDER JUDGE, AS WE THE PEOPLE,
  FOR THE PEOPLE, VOTED IN BY US. MILITARY
  NOVEMBER 15, 1995. TAKING POWER FROM
  THE U.S. MILITARY IS TAKING THE POWER
  FROM THE PEOPLE. IN SO DOING COMMITING
  TREASON, GOING AGAINST ONE'S OWN COUN-
  TRY IN FAVOR OF A NEW GOVERNMENT, ONE
  OF GOVERNMENT RULE INSTEAD OF A
  DEMOCRACY WE HAVE TOTALITORIAN RULE
  LEADING THE PEOPLE TO COMMUNISM. ALL
  BEING SET UP BY THE CHIEF COMMANDING
  OFFICER WHICH GOE'S AGAINST THE UNITED
  STATES AND THE UNITED STATES MILITARY

IN AN ATTEMPT TO OVERRIDE MILITARY
AUTHORITY WHICH IS HI TREASON,
TRYING TO OVERTHROW YOUR SOVERIEN
(WORLD) LEADER, 5⭐ GENERAL (U.S. NAVY
SEAL COMMANDER JUDGE, AND WE THE
PEOPLE FOR WHICH I STAND GOING AGAINST
ONE OWN COUNTRY IN FAVOR OF A NEW
GOVERNMENT.

- <u>HI-TREASON:</u> 18 U.S. CODE § 894 ͭ ͦ 2381
GOING AGAIST ONE'S OWN COUNTRY IN AN
ATTEMPT TO OVERTHROW OUR GOVERNMENT,
"NAMING HIMSELF THE SOVERIEN LEADER
AND THE ONE WITH THE POWER TO LEGISLATE
FOR US IN ALL CASE'S WHATSOEVER " " MAKING
JUDGES DEPEND ON HIS WILL ALONE, FOR
THE TENURE OF THEIR OFFICES AND THE
AMOUNT AND PAYMENT OF THIER SALARIES."
( DECLAIRATION OF INDEPENDANCE )
I, ALVIN J. DUNCAN 5⭐ GENERAL U.S. NAVY
SEAL COMMANDER AMERICAN PRESIDENT
JUDGE AM " THE SUPREME LAW OF THE LAND "
<u>ARTICLE VI SUPREME LAW CLAUSE 2 SUPREMACY
CLAUSE</u>: THIS CONSTITUTION AND THE LAWS

OF THE UNITED STATES OF AMERICA SHALL BE
IN PERSUANCE THEREOF; AND ALL TREATIES
MADE UNDER THE AUTHORITY OF THE UNITED
STATES SHALL BE THE SUPREME LAW OF THE LAND;
AND ALL "THE JUDGES IN EVERY STATE SHALL BE
BOUND THEREBY, ANYTHING IN THE CONSTI-
TUTION OR LAWS OF ANY STATE TO THE CONTRARY
NOTWITHSTANDING." I, ALVIN J. DUNCAN,
5☆ GENERAL U.S. NAVY SEAL COMMANDER
OF THE UNITED STATES MILITARY AND JUDGE
WITH UNITED NATIONS AM "THE SUPREME
LAW OF THE LAND." IN CHARGE OF NATIONAL
DEFENCE AND NATIONAL SECURITY. I,
ALVIN J. DUNCAN AM ALSO YOUR NUCLEAR HEAD
OF STATE WITH THE PENTAGON, IN CHARGE OF
WARFAIR AND THE AMERICAN WITH NATO WHOM
IS IN CHARGE OF, AND SANCTIONS ALL AMERICAN
WARFAIR, AS WELL AS YOUR AMERICAN SCIENTIST
WHO GIVE FOREIGN AID AS AMERICA AND
ACTS AS A DOCTOR AND TECHNOLOGIST WHO
GIVES FORIEGN AID AND HELP WITH THE
REBUILDING OF COUNTRY'S AFTER WAR AS WELL
AS ADMINISTERING MEDICAL TO US, ALLIED
COUNTRY'S AND THE ENEMIES IN A TIME OF

WAR. I, ALVIN J. DUNCAN WAS SET TO A TIME OF WAR, IN A TIME OF NEED, SO WE COULD COME TO TERMS IN "DESSERT EAGLE" (BOSNIA WAR) NOVEMBER 15, 1995, SO I, ALVIN J. DUNCAN, U.S. NAVY SEAL S✡ GENERAL COMMANDER JUDGE, AM SET TO THE "RULES OF WAR" SET BY THE GENEVA CONVENTION (SUPREME COURT JUSTICES) NOVEMBER 15, 1995 FOR LIFE. DISOBAYING THE LAWFULL ORDER OF YOUR U.S. NAVY SEAL AMER-·ICAN S✡ GENERAL COMMANDER JUDGE CONSTITUTES TREASON.

- <u>TREASON</u>: 18 U.S. CODE )2381 - GOING AGAENST ONE'S OWN COUNTRY, HOLDING ME, ALVIN J. DUNCAN, U.S. NAVY SEAL S✡ GENERAL COMMANDER AGAINST MY WILL AND MY LAWFULL ORDER, KEEPING ME, ALVIN J. DUNCAN, KIDNAPPED TO THE STATE OF MONTANA AWAY FROM MY BASES, EQUIPMENT AND ~~PERSONATEL~~ PERSONEL, HOLDING ME TO THE STATE OF MONTANA THROUGH SHARIFF MIKE LINDER AND STATE PROSICUTOR SCOTT TWETO, DISOBAYING MY LAWFULL ORDER (WRIT OF EXE-CUTION DATED 08-07-2023. ON THE MOTION FOR WARRENT FOR ~~SEIZ~~URE OF EQUIPMENT, SO I, THE

AMERICAN DIPLOMAT CAN DEAL WITH OUR
SITUATION IN ISRAEL, AS YOUR 5☆ GENERAL
U.S. NAVY SEAL COMMANDER, PUT A STOP TO
THE PIRATING OF OUR COMMERCIAL SHIPS
AND NAGOTIATE TREATIES FOR THE AMERICAN
HOSTAGES AND TERMS OF RELEASE. BY HOLDING
ME TO THE STATE OF MONTANA YOU HAVE PUT
130 AMERICAN LIVES AT RISK OF TORCHER
AND DEATH. WHILE YOU SUBJECT OUR COUNTRY
TO TOTALITORIANISM LEADING THE PEOPLE
INTO COMMUNISM, WHILE YOU HOLD ME TO
THE STATE OF MONTANA THROUGH STATE PROS-
-ICUTOR SCOTT TWITO AND SHARIFF MIKE
LENDER, DISOBAYING MY, U.S. NAVY SEAL
5☆ GENERAL COMMANDER JUDGE'S ORDER,
(SEE EXIBIT A, MOTION GRANTED FOR AND
WRIT OF EXICUTION TO COMMADEER HUMVEE,
UNIFORM E-6 RANGERS, CREDIT CARD (MILITARY)
AND ONE MILITARY I.D. FOR YOUR 5☆ GENERAL,
COMMANDER OF THE UNITED STATES MILITARY)
DISOBAYING MY LAWFULL ORDER PUTTING 130
AMERICAN LIVE BEING KILLED AND TORCHERED.
THE UNITED NATIONS BEING ATTACKED, WHICH
IS DESIGNATION OF DECLAIRING WAR,

AN ATTACK ON THE UNITED NATIONS IS AN
ATTACK ON OUR ALLIED FORCES, WHICH IS
AN ATTACK ON ME YOUR AMERICAN PRESIDENT
5$ U.S. NAVY SEAL COMMANDER JUDGE, WHICH
IS AN ATTACK ON AMERICA AND WE THE PEOPLE,
AND IN SUCH A CASE DESIGNATE'S WAR.
I AM THE AMERICAN WHO SANCTION ALL AMERICAN
WARFAIR. YET I SIT HERE, HELD AGAINST
MY WILL AND LAWFULL ORDER AND U.S. PRESIDENT
GOE'S AGAINST ARTICLE 5 OF HUMAN RIGHTS,
DOESN'T CALL ME BACK TO SEATTLE TREATIES
AND THREATENS AMERICA INSTEAD TELLING
THE PEOPLE WERE GOING COMMUNIST,
BY SAYING, " I AM (U.S. PRESEDENT ROBINETTE
                    WRITING
BIDEN ) ~~ENTERING~~ A BILL TO TAKE THE POWER
FROM THE MILITARY." GOING AGAINS ONE'S
OWN COUNTRY NOT FORGETING U.S. PRESIDENT
ROBINETTE BIDEN IS THE CHIEF COMMANDING
OFFICER OF THE UNITED STATES TRYING TO
OVER THROW THE MILITARY GOVERNMENT
WHICH AMOUNTS TO MUTINY AND TREASON,
LEAVING OUR SEA'S TO BE PIRATED.

• <u>KIDNAPPING</u>  18 U.S. CODE § 1751

HOLDING YOUR U.S. NAVY SEAL 5☆ GENERAL
COMMANDER OF THE UNITED STATES MILITARY
AWAY FROM MY BASES, MEN, AND EQUIP-
MENT AND HOLDING ME TO THE STATE OF
MONTANA AFTER I, ALVIN J. DUNCAN CODE
NAME EINSTEIN RECIEVED ORDERS FROM
THE UNITED NATIONS CODE NAME JACK-
RABBIT TO RETURN TO THE UNITED NATIONS
IN NEW YORK. I, ALVIN J DUNCAN, U.S. NAVY
SEAL 5☆ GENERAL COMMANDER JUDGE
INTERED A MOTION AND WRIT OF EXICUTION
WITH THE MONTANA STATE SHARIFF, WAR
BREAKS OUT IN GAZA AND ISRAEL WHEN
GAZA ATTACKED ISRAEL, A U.N. NATION
I AM ALSO NEEDED TO RETURN AS PER OPERATIONS
ATIONS SET NOVEMBER 15, 1995 TO ARTICLES
OF HUMAN RIGHTS. U.S. PRESIDENT ROBINETTE
BIDEN FINDS OUT FROM THE UNITED NATIONS
AND NATO REQUIRE ME YOUR 5☆ U.S. NAVY
SEAL GENERAL COMMANDER JUDGE FOR
TREATIES AND AMERICAN AID BOTH
MONEY AND MEDICALLY AS WELL AS TO
SANCTION ANY AMERICAN WARFAIR, DECIDES
TO HOLD ME TO THE STATE OF MONTANA

THEN MAKING A PUBLIC ANNOUNCEMENT STATING HE WAS (U.S. PRESIDENT ROBINETTE BIDEN) "WRITING A BILL TO TAKE THE POWER FROM THE MILITARY," LEAVING OUR SEA'S TO BE PIRATED AND ATTEMPTING TO KILL AND TORCHER 130 AMERICAN HOSTAGES AND ALLIES, LEFT TO THE HANDS OF GAZA AND OUR ALLIES AT RISK.

- <u>18 U.S. CODE § 1203</u> - FEDRAL CRIME OF HOSTAGE TAKING. 130 HOSTAGES

- <u>18 U.S.C. § 371</u> - TWO OR MORE PERSONS WHO CONSPIRE TO COMMIT AN OFFENSE OF AGAINST THE UNITED STATES OR TO DEFRAUD THE UNITED STATES. FRAUD IS THE INTERNATIONAL DECEPTION TO SECURE UNFAIR OR UNLAWFULL GAIN OR TO DEPRIVE A VICTIM OF A LEGAL RIGHT.

- 

- <u>FRAUD 9-42.000 INTERNATIONAL DECEPTION</u> - TRYING TO TELL OUR ALLIED FORCES YOUR GOING TO GIVE THEM AID, HOLD ME YOUR 5¢ U.S. NAVY SEAL GENERAL COMMANDER WHO CAN IMMEDIATELY ACT AS A JUDGE, "THE

SUPREME LAW OF THE LAND" AM ABLE
TO WRITE ALL TREATIES, SANCTION ALL
MILITARY WARFAIR TO KEEP US. FROM
PIRATES, TO THE STATE OF MONTANA
WHILE HE PUTS A BILL IN TO TAKE THE
POWER FROM THE MILITARY AND PUTTING
130 LIVES AND THE LIVES OF OUR ALLIES
AT RISK FOR NO GAIN BUT YOUR OWN.

• 18 U.S. CODE § 1113 - ATTEMPT TO COMMIT
MURDER - 130 AMERICAN HOSTAGES IN
GAZA AND ALLIED FORCES BY U.S. PRESIDENT
ROBINETTE BIDEN

• INTERUPTING MILITARY OPERATIONS SET
NOVEMBER 15, 1995 · 18 U.S. CODE § 2388 -
EFFECTING ARMED FORCES DURING A TIME
OF WAR. I, ALVIN J. DUNCAN U.S. NAVY SEAL
5☆ GENERAL COMMANDER JUDGE WAS
SET NOVEMBER 15, 1995 FOR LIFE TO ALL
MY POSITIONS. I CANNOT QUIT, NOR CAN I BE
FIRED, SET TO WAR FOR LIFE DEW TO BEING SET
IN A TIME OF NEED TO COME TO PEACE IN
DESSERT EAGLE (BOSNIA WAR). I, ALVIN

DUNCAN S U.S. NAVY SEAL AMERICAN PRESIDENT GENERAL COMMANDER OF THE UNITED STATES MILITARY JUDGE AMERICAN DIPLOMAT WITH THE UNITED NATIONS, AMERICAN WHO SANCTIONS ALL AMERICAN WARFAIR WITH NATO AND THE AMERICAN SCIENT-IST WITH NATO, AND THE SCIENTIST FOR THE UNITED STATES MILITARY AS WELL AS YOUR HEAD OF STATE IN CHARGE OF NUCLEAR WARFAIR AM ALSO A U.S. NAVY SEAL CODE NAME EINSTEIN SET ON OPERATIONS TO ARTICLE 5 OF HUMAN RIGHTS JUST IN CASE A SITUATION LIKE THIS AROSE AND WAR BROKE OUT LIKE BETWEEN ISRAEL AND GAZA. NOW, I AM BEING HELD TO THE STATE OF MONTANA AGAINST MY LAWFULL ORDER AND ORDER FROM THE UNITED NATION VIA JACKRABBIT, AND INTERRUPTING U.S. NAVY SEAL / UNITED NATIONS / GENEVA CONVENTION / NATO SANCTIONED OPER-ATIONS SET NOVEMBER 15, 1995.

● <u>ARTICLE 5 OF HUMAN RIGHTS</u>
  I, ALVIN J. DUNCAN AM SET FOR LIFE TO THE

"RULES OF WAR " SET BY THE GENEVA
CONVENTION FOR LIFE, SO THAT I AM ALWAY
IN A " STATE OF WAR FIGHTING THE THREAT
OF WAR " AND 130 AMERICAN HOSTAGES AND
ALLIES ALL FACING GAZA TORCHERING AND
KILLING THEM. " NO ONE SHALL BE SUBJECT
TO TORCHER, NO EXEPTIONAL CIRCUMSTANCES
WHATSOEVER, WHEATHER A STATE OF WAR OR
THREAT OF WAR." U.S. PRESIDENT ROBINETTE
BIDEN HOLD ME KIDNAPPED TO THE STATE
OF MONTANA WHILE HE, U.S. PRESIDENT
ROBINETTE BIDEN "OBSTRUCTED THE ADMINIST-
-RATION OF JUSTICE, BY REFUSING MY, ALVEN J.
DUNCAN 5 & U.S. NAVY SEAL GENERAL COMMANDER
JUDGES ASSENT TO THE LAWS FOR ESTABLISHING
JUDICIARY POWERS MAKING JUDGES DEPENDENT
ON PRESIDENT BIDEN'S WILL AND THE WILL
OF THE STATE OF MONTANA'S SHARIFF MIKE
LINDER AND STATE PROSICUTOR SCOTT TWITO,
ALONE, FOR THE TENURE OF THIER OFFICES, AND
AMOUNT AND PAYMENT OF THIER SALARIES, AND
TAKING AWAY OUR CHARTERS, ABOLISHING OUR
MOST VALUABLE LAWS AND ALTERING FUNDAMENT-
• ALLY THE FORMS OF OUR GOVERNMENT, AND

SUSPENDING OUR OWN LEGISLATURES, AND DECLAIRING THEMSELVES INVESTED WITH POWER TO LEGISLATE FOR ALL CASES WHATSOEVER." (DECLAIRATION OF INDEP- - ENDANCE) LEAVING 130 AMERICAN HOSTAGES AND ALLIES BEING TORCHERED AND KILLED.

- 18 U.S.C. CH: 73 OBSTRUCTION OF JUSTICE NOT ALLOWING PROPER AID OF THE INJURED BY NOT ALLOWING FOREIGN AID TO OUR ALLIES OR THE ENEMY THROUGH THE KIDNAPPING OF YOUR AMERICAN SCIENTIST AND THE AMERICAN ~~STAFF~~ HELD WITH NATO WHOM SANTIONS ALL AMERICAN WARFAIR AND GIVES AMERICAN AID TO FORIEGN COUNTRY'S BOTH MEDICALLY AND FINANCUALLY.

- 38 CFR § 2.34 AND 25 CFR § 11.441 · DISORDERLY CONDUCT : INSOLENT BEHAVIOR, ACTION WHICH OBSTRUCTS OR HINDERS THE ADMINISTRATION OF JUSTICE OR WHICH DIMINISHES THE COURTS AUTHORITY. CREATING A HAZZAROOUS SITUATION WITH ISRAEL.

- LEVYING WAR AS TREASON ART. III, S3, Cl.2
"TREASON AGAINST THE UNITED STATES
SHALL CONSIST ONLY IN LEVYING WAR
AGAINST.THEM."

WHEN IN THE COURSE OF HUMAN EVENTS IT BECOMES
NECESSARY FOR ONE PEOPLE TO DISSOLVE POLITICLE BANDS
WHICH HAVE CONNECTED THEM WITH ANOTHER AND TO ASSUME
AMOUNG THE POWERS OF THE EARTH, THE SEPERATE AND EQUAL
STATION TO WHICH THE LAWS OF NATURE AND OF NATURES
GOD ENTITLE THEM. (DECLAIRATION OF INDEPENDANCE)
REVOLUTION: A FORCABLE OVERTHROW OF A GOVERNMENT OR
SOCIAL ORDER INFAVOR OF ANOTHER AND ALTERING
FUNDAMENTALLY THE FORMS OF OUR GOVERNMENT. "A
DECENT RESPECT TO THE OPINIONS OF MANKIND
REQUIRES THAT THEY," U.S. PRESIDENT ROBINETTE
BIDEN, STATE OF MONTANA'S SHARIFF MIKE LINDER
AND STATE PROSICUTOR SCOTT TWITO, "SHOULD DECLAIR
THE CAUSE WHICH EMPEL THEM TO THE SEPERATION."
(DECLAIRATION OF INDEPENDANCE)
    U.S. CONSTITUTION / SECTION 6: RIGHTS AND
DISABILITIES OF MEMBERS - THE SENATORS AND
REPRESENTATIVES SHALL RECIEVE A COMPENSATION FOR
THIER SERVICES, TO BE ASSERTAINED BY LAW, AND PAID

OUT OF THE TREASURY OF THE UNITED STATES. THEY SHALL IN ALL CASE'S EXEPT <u>TREASON</u>, <u>FELONY</u>, AND A <u>BREACH OF PEACE</u>. I, ALVIN J. DUNCAN, U.S. NAVY SEAL 5¾ GENERAL COMMANDER JUDGE WITH THE UNITED NATIONS HERE ORDERS THE U.S. PRESIDENT BE PUT UNDER ARREST FOR TREASON, PUT UNDER THE PROTECTION OF THE UNITED STATES MILITARY TILL TRIED BY TRIBUNAL CONSISTING OF PANELS OF FIVE BETWEEN THE GENEVA CONVENTION (SUPREME COURT JUSTICES) THE UNITED NATION, U.S. MILITARY, NATO AS PER SANCTIONED OPERATION SET NOVEMBER 15, 1995 TO ARTICLE 5 OF HUMAN RIGHTS. I HERE BY DECLAR ~~THE STATE~~ MARTIAL LAW. I, ALVIN J. DUNCAN U.S. NAVY SEAL 5¾ GENERAL AND COMMANDER OF THE UNITED STATES MILITARY ORDER THE ARMY NATIONAL GAURD IN TO TAKE OVER FOR THE YELLOWSTONE COUNTY SHARIFFS DEPARTMENT AND ARREST SHARIFF MIKE LINDER AND STATE PROSECUTOR SCOTT TWITO. TO BE EXTRADITED TO THE UNITED NATION IN NEW YORK FOR TRIAL BY TRIBUNAL AS PER OPERATIONS SET TO ARTICLE 5 OF HUMAN RIGHTS NOVEMBER. 15, 1995, ~~TO~~ WE WILL NOT BOW DOWN TO TYRANNY OR YOUR OPPRESSIVE GOVERNMENT OVER THESE STATES.

IN THE BEST INTEREST OF THE PEOPLE BY
WE THE PEOPLE AND OUR GREAT NATION,


Alvin J. Duncan
U.S. NAVY SEALS ☆ COMMANDER JUDGE


Alvin J. Duncan
U.S. NAVY SEAL 5 ☆ GENERAL


NATO SANCTIONED OPERATION
SET NOVEMBER 15, 1995


UNITED NATIONS (212) 963-8687
CODE NAME JACKRABBIT
EINSTEIN - (406) 671-8347

THE AMERICAN 5★ GENERAL COMMANDER JUDGE
WITH THE UNITED NATIONS      CASE NO.

UNITED NATIONS      U.N. # 21-01441

  PLAINTIFF

       VS.      WRIT OF
            EXICUTION

U.S. PRESIDENT ROBENETTE BIDEN    DATE: 01--03-2024
AND THE STATE OF MONTANA'S
SHARIFF MIKE LINDER AND
STATE PROSICUTOR SCOTT TWITO

     I, ALVIN J. DUNCAN, U.S. NAVY SEAL AMERICAN
PRESIDENT MILETARY FEDERAL JUDGE, AMERICAN
DIPLOMAT WITH THE UNITED NATIONS, THE AMERICAN
WITH NATO WHOM SANCTION ALL AMERICAN WAR-
-FAIR, AND YOUR AMERICAN SCIENTIST WITH NATO,
HEREBY ORDERS MARTIAL LAW ON U.S. PRESIDENT
BIDEN AND THE STATE OF MONTANA'S SHARIFF MEKE
LINDER AND STATE PROSICUTOR SCOTT TWITO ON
THE GROUNDS OF :

     • <u>MUTINY OR SEDITION: 10 U.S. CODE § 894</u>
       <u>ARTICLE 94</u> - AN ATTEMPT TO OVERTHROW
       AND OVERRIDE MILITARY AUTHORITY.

     • <u>HI-TREASON: 18 U.S. CODE § 2381</u> - AN ATTEMPT
       TO OVERTHROW YOUR SOVERIEN LEADER AND

- TREASON: 18 U.S. CODE § 2381 - GOING AGAINST ONE'S OWN COUNTRY IN AN ATTEMPT TO OVER--THROW ONE'S OWN GOVERNMENT.

- KIDNAPPING 18 U.S. CODE § 1751 - PRESIDENTIAL AND PRESIDENTIAL STAFF ASSASANATION, KIDNAPPING, AND ASSAULT.

- 18 U.S. CODE § 1203 - FEDERAL CRIME OF HOSTAGE TAKING : 130 AMERICAN HOSTAGES AND ALLIE'S

- 18 U.S.C § 371 - CONSPIRING - TWO OR MORE PERSONS WHO CONSPIRE TO COMMIT AN OFFENSE AGAINST THE UNITED STATES OR TO DEFRAUD THE UNITED STATES. FRAUD - THE INTERNATIONAL DECEPTION TO SECURE UNFAIR OR UNLAWFULL GAIN OR TO DEPRIVE A VICTIM OF A LEAGLE LEGAL RIGHT. LIKE ARTICAL 5 OF HUMAN RIGHTS.

- FRAUD 9 - 42.000 INTERNATIONAL DECEPTION - TRYING TO TELL OUR ALLIED FORCE YOUR GOING TO SEND IN AID, HOLD ME.

YOUR AMERICAN DIPLOMAT, U.S. NAVY SEALS✭
GENERAL COMMANDER OF THE U.S. MILITARY
JUDGE WITH THE UNITED NATIONS, THE AMERICAN
SCIENTIST, AND THE AMERICAN WHO SANCTIONS
ALL AMERICAN WARFAIR IN CHARGE OF
NATIONAL DEFENCE AS WELL AS NATIONAL
SECURITY, AND YOUR NUCLEAR HEAD OF
STATE IN CHARGE OF WARFAIR. "THE
SUPREME LAW OF THE LAND" WRITE ALL
TREATIES, SANCTION ALL MILITARY WARFAIR,
ALLOWING U.S., THE UNITED STATES, TO KEEP
OUR SEA'S FROM BEING PIRATED, GIVING
US THE CAPABILITY TO GO IN AFTER THE
HOSTAGES MILITARILY, YET YOU HOLD
ME TO THE STATE OF MONTANA AGAINST
MY LAWFULL ORDER, PUTTING 130 AMERICAN
LIVES A STEAK AND OUR SEA'S PIRATED SO YOU
COULD "PUT IN A BILL TO TAKE THE POWER FROM
THE MILITARY," WHILE YOU TAKE THE POWER FROM
THE PEOPLE FOR WHICH I STAND, ONE NATION UNDER
GOD, <u>INDEVISABLE</u>, WITH <u>LIBERTY</u> AND <u>JUSTICE</u>
<u>FOR ALL</u>. "WE MUST, THEREFOR, ACQUIESE IN
THE NECESSITY WHICH DENOUNCES OUR SEPERA-
-TION, AND HOLD THEM (OUR GOVERNMENT), AS WE

AS WE HOLD THE REST OF MANKIND. ENEMIES IN WAR, IN PEACE FRIENDS. (DECLAIRATION OF INDEPENDANCE) TO QUOTE BUGS BUNNY "THIS MEANS WAR."

U.S. PRESIDENT ROBINETTE BIDEN, MONTANA STATE PROSECUTOR SCOTT TWITO, AND SHARIFF MIKE LINDER ARE BREAKING THE LAWS OF OUR LAND. BATTLES FOUGHT, WARS OF THE PAST WON, LAWS WRITEN IN THE BLOOD OF OUR FOUR FATHERS. I AM ALVIN J. DUNCAN U.S. NAVY SEAL 5★ GEN--ERAL AMERICAN PRESIDENT COMMANDER OF THE UNITED STATES MILITARY JUDGE WITH THE UNITED NATIONS, THE AMERI-CAN DIPLOMAT WHOM STANDS AS YOUR SOVERIEN LEADER "THE SUPREME LAW OF THE LAND" ARTICLE VI SUPREME LAW CLAUSE 2 SUPREMACY CLAUSE "THIS CONST--ITUTION AND THE LAWS OF THE ~~LAND~~ UNITED STATES SHALL BE IN PERSUANCE THEREOF; AND ALL TREATIES MADE UNDER ~~THE~~ AUTHORITY OF THE UNITED STATES." POWER BESTOWED UPON ME, ALVIN J. DUNCAN 5★ GENERAL U.S. NAVY SEAL COMMANDER OF THE UNITED STATES

MILITARY JUDGE WITH THE UNITED
NATIONS, AMERICAN DIPLOMAT SET NOVEM-
BER, 15, 1995 BY THE GENEVA CONVENTION.
(SUPREME COURT JUSTICES), "SHALL BE
THE LAW OF THE LAND; AND THE JUDGES
IN EVERY STATE SHALL BE BOUND THEREBY,
ANYTHING IN THE CONSTITUTION OR LAWS
OF ANY STATE NOTWITHSTANDING." YET,
MONTANA STATE SHARIFF MIKE LINDER
STATED ON OR ABOUT 11/09/2023, I, ALVIN
J. DUNCAN, WAS TOLD BY SHARIFF MIKE
LINDER THAT THE STATE OF MONTANA DOSN'T
HAVE TO LISTEN TO THE FEDERAL GOVERN-
MENT, DISOBAYING MY LAWFULL ORDER. THEN
THE STATE PROSECUTORS OFFICE STATED THEY
DON'T HAVE TO LISTEN TO THE UNITED NATIONS.
I, JUDGE ALVIN J. DUNCAN AM THE "SUPREME
LAW OF THE LAND". " AND THE JUDGES IN
EVERY STATE SHALL BE BOUND THEREBY." YET
YOU INTERUPT MILITARY OPERATIONS SET
NOVEMBER 15, 1995 AND GO AGAINST MY LANFUL
ORDER, OBSTRUCTING AND HINDERING THE ADMINIST-
-RATION OF JUSTICE, DIMINISHING THE COURTS AUTHORITY.
38 C FR § 11.44( AND HOLDING ME, U.S. NAVY SEAL

5# GENERAL COMMANDER JUDGE TO THE STATE OF MONTANA AGAINST MY WILL AND THE LAWFULL ORDER OF THE COURT, AND YOUR SOVERIEN LEADER. "THE LAW OF THE LAND" HOLDING ME, AWAY FROM MY BASES, PERSONEL, AND EQUIPMENT, WHILE WAR BREAKS OUT, AND U.S. PRESEDENT ROBINETTE BIDEN HOLDS ME TO THE STATE OF MONTANA WHILE OUR SEAS ARE PIRATED AND THE LIVES OF 130 HOSTAGES AND ALLIES ARE TORCHERED AND KILLED, WHILE INSTEAD OF COMING TO ME, HOLDS UP PARLEMENT WITH "A BILL TO TAKE THE POWER FROM THE MILITARY IN AN ATTEMPT TO OVER THROW OUR MILITARY AND OUR SOVIEN LEADER FOR GOVERNMENT RULE INSTEAD OF WE THE PEOPLE, WHO ELECTED HIM, "MAKING JUDGES DEPEND ON HIS WILL ALONE" (DECLAIRATION OF INDEPENDANCE) "ABOLISHING OUR MOST VALUABLE LAWS AND ALTERING THE FUNDAMENTAL FORMS OF OUR GOVERNMENT" IN FAVOR OF TOTALITARIAN RULE, TAKING THE POWER FROM THE PEOPLE IN FAVOR OF A NEW GOVERNMENT. "TREASON," AND MUTINY AGAINST THE MILI-TARY, CHIEF COMMANDER, AND THE UNITED

STATES OF AMERICA.

- <u>DISORDERLY CONDUCT 38 CFR § 2.34 AND 25 CFR § 11.441</u> - INSOLENT BEHAVIOR WHICH HINDERS THE ADMINISTRATION OF JUSTICE OR DIMINISHES THE COURTS AUTHORITY.

- <u>INTERUPTING MILITARY OPERATIONS SET NOVEMBER 15, 1995 - 18 U.S. CODE § 2388</u>

- <u>OBSTRUCTION OF JUSTICE 18 U.S.C. CH. 73</u>

- <u>18 U.S. CODE § 1113</u> - ATTEMPT TO COMMIT <u>MURDER</u>, 130 HOSTAGES (AMERICAN) AND ALLIES. IF YOU COST EVEN ONE LIFE HOLDING ME AWAY I WILL DROP THE ATTEMPT TO COMMIT MURDER AND CHARGE YOU WITH 18 U.S.C. § 1111 - MURDER WHILE VIOLATING FEDERAL LAW.

- <u>LEVYING WAR AS TREASON ART. III, S3, Cl. 2</u> "TREASON AGAINST THE UNITED STATES SHALL CONSIST ONLY IN LEVYING WAR

AGAINST THEM."

• ARTICLE 5 OF HUMAN RIGHTS:
" NO ONE SHALL BE SUBJECT TO TORCHER,
NO EXEPTIONAL CIRCUMSTANCES WHATSOEVER,
WHEATHER A STATE OF WAR OR THREAT OF WAR."
THIS OPERATION WAS SET NOVEMBER
15, 1995 TO ART. 5 OF HUMAN RIGHTS
SO THAT IF WAR BROKE OUT AND A
VIOLATION OF HUMAN RIGHTS WERE TO
ARISE, I WAS TO RETURN TO THE UNITED
NATION AS TO DEAL WITH WAR FAIR.

I, ALVIN J. DUNCAN, STAND AS WE THE PEOPLE, SET
NOVEMBER 15, 1995 AFTER BEING VOTED IN BY THE UNITED
STATES MILITARY." THE PEOPLE "" WE MUTUALLY PLEDGE TO
EACH OTHER OUR LIVES, OUR FORTUNES, AND OUR SACRED
HONOR TO AMERICA, DECLAIRATION OF INDEPENDANCE,
HUMAN RIGHTS AND THE CONSTITUTION OF THE UNITED
STATES OF AMERICA" (DECLAIRATION OF INDEPENDANTS)
TO DEFEND THE UNITED STATES OF AMERICA FROM
TYRANNY. WE WILL NOT BOW DOWN TO A CRUEL AND
OPPRESSIVE GOVERNMENT OVER THESE STATES,
"SUSPENDING OUR OWN LEGISLATURES AND DECLAIRING

YOUR SELVES", U.S. PRESIDENT ROBINETTE BIDEN, SHARIFF MIKE LINDER, AND STATE PROSECUTOR SCOTT TWITO, "INVESTED WITH THE POWER TO LEGISLATE FOR US IN ALL CASE'S WHATSOEVER", (DECLAIRATION OF INDEPENDANCE) "MAKING JUDGES DEPEND ON U.S. PRESIDENT BIDEN AND THE STATE OF MONTANA'S WILL ALONE, FOR THE TENURE OF THIER OFFICES, AND THE AMOUNT AND PAYMENT OF THIER OFFICES OF THIER SALARIES." (DECLAIR-- ATION OF INDEPENDANCE) "MAKING JUDGES DEPENDENT ON THEM ALONE" (DECLAIRATION OF INDEPENDANCE) PUTTING 130 U.S. LIVES AND ALLIES, LEAVING THEM BEING TORCHERED AND KILLED WHICH GOES AGAINST GENEVA CONVEN--TION (SUPREME COURT JUSTICES), U.S. NAVY SEAL, UNITED NATIONS, NATO SANCTIONED **OPERATIONS** SET BY TRIBUNAL NOVEMBER 15, 1995 TO ARTICLE 5 OF HUMAN RIGHTS. A CRACK IN THE FOUNDATION ON ANY LEVEL FROM THE SHARIFF TO THE U.S. PRESI-- DENT CONSITUTES GOING THROUGH ALL CABINETS GOING BACK TO NOVEMBER 15, 1995 AND UPCOMING OFFICIALS TAKING THE POSITION, TO INSURE A JUST CABINET DERIVED FROM THE CONSENT OF THE GOVERNED, TO SECURE OUR RIGHTS, HUMAN, CONSTITUTION, AND

THE DECLARATION OF INDEPENDANCE. TO
REVIEW, RE-WRITE IF NEEDED OR SET LAWS BACK
TO THE CONSTITUTION FROM NOW, GOING BACK
TO NOVEMBER 15, 1995 AS PER OPERATIONS SET
TO ARTICLE 5 OF HUMAN RIGHTS.

U.S. CONSTITUTION / SECTION 6 : RIGHTS AND
DISABILITIES OF MEMBERS - THE SENATORS AND
REPRESENTATIVES SHALL RECIEVE A COMPENSATION
FOR THIER SERVICES, TO BE ASSERTAINED BY LAW,
AND PAID OUT OF THE TREASURY OF THE UNITED
STATES. THEY SHALL IN ALL CASE'S EXEPT TREASON,
FELONY, AND A BREACH OF PEACE.

I, ALVIN J. DUNCAN, U.S. NAVY SEAL 5* GENERAL
COMMANDER JUDGE WITH THE UNITED NATIONS
HEREBY ORDER THE U.S. PRESIDENT ROBINETTE
BIDEN AND THE STATE OF MONTANA'S SHARIFF
MIKE LINDER AND STATE PROSICUTOR SCOTT TWITO
BE ARESTED AND CHARGED TO THE ABOVE LISTED CHARGES,
TO BE TRIED IN THIER PROSPECTIVE HOUSES
EXEPT IN CASE'S OF TREASON, FELONY, AND
IMPEACHMENT, TO BE ARRESTED AND PUT UNDER THE
CARE AND PROTECTION OF THE UNITED STATES
MILITARY TILL TRIED BY TRIBUNAL CONSISTING OF
PANELS OF 5 BETWEEN THE GENEVA CONVENTION(

SUPREME COURT JUSTICES), THE UNITED NATIONS, AND THE UNITED STATES MILITARY, NATO SANCTIONED, AS PER OPERATIONS SET NOVEMBER 15, 1995 TO ARTICLE 5 OF HUMAN RIGHTS.

I ALVIN J. DUNCAN, U.S. NAVY SEAL 5 GENERAL, COMMANDER OF THE U.S. MILITARY HEREBY ORDERS THE ARREST OF U.S. PRESIDENT ROBINETTE BIDEN, CHIEF COMMANDING OFFICER OF THE UNITED STATES OF AMERICA, AND MONTANA'S SHARIFF MIKE LINDER, AND STATE PROSECUTOR SCOTT TWITO UNDER ARTICLE FEUE OF HUMAN RIGHTS AND TRANFERED TO THE UNITED NATIONS IN NEW YORK, TO BE HELD TILL TRIED, TO BE PAID OUT OF THE U.S. TREASURY SHOULD YOU BE FOUND NOT GUILTY. I, HEREBY ORDER IN THE ARMY NATIONAL GAURD IN TO TAKE OVER THE POLICE DEPARTMENTS UPTO THE SHARIFF'S OFFICE TO INSURE THE SAFETY OF THE PEOPLE WHILE OPERATION ARE BEING RAN AS PER OPERATIONS SET NOVEMBER 15, 1995

IN THE BEST INTEREST OF THE PEOPLE BY WE
THE PEOPLE AND THE FATHER OF THIS GREAT NATION
LIKE MY FORE FATHERS BEFORE ME,

*Alvin J. Duncan*

U.S. NAVY SEAL 5★ COMMANDER JUDGE

*Alvin J. Duncan*

U.S. NAVY SEAL 5★ GENERAL

NATO SANCTIONED OPERATIONS
SET NOVEMBER 15, 1995

UNITED NATIONS · (212) 963-8687
CODE NAME JACKRABBIT
EINSTEIN - (406) 671-8347