UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ALVIN J. DUNCAN,<br><br>    Plaintiff,<br><br>vs.<br><br>U.S. PRESIDENT ROBINETTE<br> BIDEN; SHERIFF MIKE LINDER;<br> SCOTT TWITO, state of Montana<br> Prosecutor,<br><br>    Defendants. | Case No. CV-24-02-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED Judgment is entered as stated in the Court's Order E.C.F. 9 filed on April 15, 2024.

  Dated this 15th day of April, 2024.

           TYLER P. GILMAN, CLERK

           By: /s/ E.Hamnes
           E.Hamnes, Deputy Clerk